FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Powell 170001413
(Last Name) (Identification Number)

Torrey Adarell
(First Name) (Middle Name)

Hind County Dention Center
(Institution)

1450 canty From Rd. Jackson, MS 39154
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG - 1 2017
ARTHUR JOHNSTON
BY ______ DEPUTY

V. CIVIL ACTION NUMBER: 3:17cv640-DPJ-FKB
(to be completed by the Court)

Victor Mason, Mary Rushing
Captin Shields
Hinds County Dention Center
Hinds County Sheriff Dept.
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ ) No ( )

B. Are you presently incarcerated?
Yes ( ✓ ) No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ) No ( ✓ )

D. Are you presently incarcerated for a parole or probation violation?
Yes ( ) No ( ✓ )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( ) No ( ✓ )

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Torrey Adoryll Powell Prisoner Number: 1700001413

Address: 1450 County Farm Rd Jackson, MS 39154

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Warden Mary Rushing is employed as warden at Hinds Detention Center

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Torrey Adoryll Powell | 1450 County Farm Rd Jackson, MS 39154 |
| Torrey Adoryll Powell | 1008 Clarence Ct Canton MS, 39046 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Victor Mason | ~~1450~~ 407 Pascagoula st Jackson MS 39201 |
| warden Mary Rushing | 1450 County Farm Rd Jackson, MS 39154 |
| Ceptin Sheild | 1450 County Farm Rd Jackson, MS 39154 |
| Hinds County Sheriff Dept | 1450 County Farm Rd Jackson, MS 39154 |

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No ( ✓ )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

1. Parties to the action: ______________________________

2. Court (if federal court, name the district; if state court, name the county): __________

3. Docket Number: ______________________________

4. Name of judge to whom case was assigned: ____________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) ____________________

CASE NUMBER 2.

1. Parties to the action: ______________________________

2. Court (if federal court, name the district; if state court, name the county): __________

3. Docket Number: ______________________________

4. Name of judge to whom case was assigned: ____________________

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) ____________________

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On the morning of 6/7/17. I was asleep In Zone A-2 when I was awaken by a loud noise and screaming. I jumped at of the lower bed as ordered, as I laid down on My stomach, My cell opened, as I was facing the ground I looked up to see a white Male officer standing over me ~~and~~ he stuck me with a baton, Bruising my ribs. They didn't find any contraband In my cell at all.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

My Safety has been a major issue here, Do to the staff and Inmates. I have been broken mentally and physically. I'm requesting $ (100,000) for pain and suffering!

Signed this 6th day of July, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Tony A Powell
Signature of plaintiff

INMATE GRIEVANCE FORM

06-0127G

Inmate Name: Torrey A Powell

Pin No. 1700001413

Housing Location: A-2

Date: 6/7/17

Complaint:

On the morning of 6/7/17, I was a-sleep In my bed In Cell 514, when I was awaken by a loud noise and screaming. I jumped out of the lower bed as orderd, as I laid down on my stomach, my cell opened, as I was ~~ORD~~ facing the ground. I saw a white male officer ~~Ord~~ order me out of the cell, as I began crawling out of the cell, I was struck across my right rib cage area. Inst the wind was knock out of me. The deputy had a long black object that had a silver tip on It. My cell mate saw the Incident Mr. Willie Dixon. I have been In pain every since.

Inmate Signature: Torrey A. Powell

Response:

I have requested for investigation into your complaint.

Date Response: 06/12/17 RECEIVED JUN 12 2017

Response Signature: [signature]

Date Received: 6-8-17 K Jones

Grievance Officer:

Rec 7-12-17
officer Named